# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, November 7, 2023**                                                                    Hearing Room    302

<u>1:30 PM</u>
**6:23-10976    Jihad Saker**                                                                    **Chapter 7**
Adv#: 6:23-01055    Roberts v. Saker

*Gregg Roberts π*

Telephonic Hearing

**#1.00**    Defendant's Motion to Dismiss Adversary Proceeding

**Richard Sturdevant to appear by telephone (714)442-3335**

Docket    3

**Matter Notes:**

**GRANTED:** ✓ *with leave to amend*    **DENIED:** _____

**CONT'D. TO:** _____

**Briefing filed:** _____

**Opposition filed:** _____    — *1/31/24 to file amended complaint*

**Reply filed:** _____

**WITHDRAWN:** _____

**Order Lodged by:** *R. Sturdevant*

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Jihad Saker                                                Represented By
                                                           Amanda G. Billyard