# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, November 7, 2023**             **Hearing Room**    **302**

<u>1:30 PM</u>
**6:23-10976    Jihad Saker**                                        **Chapter 7**
Adv#: 6:23-01055      Roberts v. Saker

*[Telephonic Hearing]*

*[handwritten: Gregg Roberts π]*

**#2.00**     CONT'D STATUS CONFERENCE re: Complaint to Determine Nondischargeability Under 11 U.S.C. Section 523(a)(6), Willful and Malicious Injury and to Deny Discharge

**FR. 9/14/23**

**Richard Sturdevant to appear by telephone (714)442-3335**

                 Docket     1

**Matter Notes:**

Status Conference cont'd. to:    *[handwritten: 4-11-24 @ 9:30am]*

Joint Status Report due:    *[handwritten: 3-28-24]*

Scheduling order to be
lodged by:    _____

Pretrial Conference set for: _____

Joint Pretrial Stip due:    _____

Trial set for:    _____

Discovery cutoff:    _____

Last day to file pretrial motions:    _____

Motion for Default Judgment
to be filed by:    _____

Case to Mediation Yes: _____ or No: _____

# United States Bankruptcy Court
# Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

| | |
|---|---|
| Tuesday, November 7, 2023 | Hearing Room 302 |

**1:30 PM**
**CONT...    Jihad Saker** — Chapter 7

Order appointing Mediator to
be lodged by: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Jihad Saker — Represented By Amanda G. Billyard

**Defendant(s):**

Jihad Saker — Represented By Amanda G. Billyard

**Plaintiff(s):**

Gregg Roberts — Pro Se

**Trustee(s):**

Arturo Cisneros (TR) — Pro Se