# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, October 10, 2024**　　　　　　　　　　　　　　　　　　　　**Hearing Room   302**

9:30 AM
**6:23-10976    Jihad Saker**　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 ✓
Adv#: 6:23-01055    Roberts v. Saker

*Gregg Roberts* π

<u>Telephonic Hearing</u>

#5.00    CONT'D STATUS CONFERENCE re: Complaint to Determine Nondischargeability Under 11 U.S.C. Section 523(a)(6), Willful and Malicious Injury and to Deny Discharge

**1st Amended Complaint filed 1/23/24**

**FR. 9/14/23; 11/7/23; 4/11/24; 6/18/24**

**Richard Sturdevant to appear by telephone (714)442-3335** ✓

　　　　　　　　　　Docket    17

**Matter Notes:**

　　Status Conference cont'd. to: _____

　　Joint Status Report due: _____

　　Scheduling order to be lodged by: ~~[struck through]~~ π's counsel

　　Pretrial Conference set for: 2-27-25 @ 9:30am

　　Joint Pretrial Stip due: 2-13-25

　　Trial set for: _____

　　Discovery cutoff: 12-31-24

　　Last day to file pretrial motions: _____

　　Motion for Default Judgment to be filed by: _____

# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Thursday, October 10, 2024**　　　　　　　　　　　　　　　　　　　　**Hearing Room**　　**302**

<u>9:30 AM</u>
**CONT...**　　**Jihad Saker**　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 7**

Case to Mediation Yes: ✓　　or No: _____

Order appointing Mediator to
be lodged by:　　*R. Sturdevant*　　*Mediation to be completed 1-31-25*

**Tentative Ruling:**

　　APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

　　　　Deadline for completing discovery: 12/31/24
　　　　Pre-trial conference on: 2/27/25 @ 9:30 a.m.
　　　　Joint pre-trial stipulation due: 2/13/25

| Party Information |
|---|

**Debtor(s):**

　Jihad Saker　　　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　Amanda G. Billyard

**Defendant(s):**

　Jihad Saker　　　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　Amanda G. Billyard
　　　　　　　　　　　　　　　　　　　　　　Richard L. Sturdevant

**Plaintiff(s):**

　Gregg Roberts　　　　　　　　　　　　Pro Se

**Trustee(s):**

　Arturo Cisneros (TR)　　　　　　　　　Pro Se