Gregg Roberts
43430 E Florida Ave Ste #F-293
Hemet CA 92544
951-330-4450
gregg@legalsupport-sc.com
Assignee of Record and Judgment Creditor, Pro Se

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re Jihad Saker,<br><br>Debtor<br><br>Gregg Roberts, Plaintiff,<br>v.<br>Jihad Saker, Defendant | Main Case #6:23-bk-10976-SY<br>Chapter 7<br>Adv. Proc. Case #6:23-ap-01055-SY<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE SETTLEMENT**<br><br>Judge: Hon. Scott H. Yun |

In light of the parties' substantial compliance with the Settlement Agreement and the resulting resolution of the issues raised by the motion, Movant Roberts withdraws the Motion to Enforce Settlement Agreement.

Accordingly, the Motion currently scheduled for hearing on March 12, 2026, at 9:30 AM, is withdrawn.

Dated March 9, 2026.

*/s/ Gregg Roberts*
_____
Gregg Roberts

Movant and Plaintiff Pro Se

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): Notice of Withdrawal of Motion to Enforce Settlement

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
   I have no access to the EMNL.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __03/09/2026__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott H. Yun
3420 Twelfth St, Ste 345 / CR 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __03/09/2026__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Debtor Counsel Richard Sturdevant, rich@bwlawcenter.com, by written agreement to serve via email *despite Roberts being a party.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/09/2026 | Gregg Roberts | *Gregg Roberts* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      F 9013-3.1.PROOF.SERVICE